UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JUAN CASTILLO DE LOS SANTOS,**
v.                                                              Case Number: 98-1717 (DRD)
**UNITED STATES OF AMERICA**

## JUDGMENT

In accordance with the Order issued by the Court on this same date, petitioner's Motion to Vacate, Set Aside, and Correct Sentence Pursuant to Title 28 U.S.C. § 2255 (Docket No. 1) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ADJUDGED AND DECREED**.

**Date: February 27, 2001.**                                    **DANIEL R. DOMINGUEZ**
P:\PeachOrders\98-1717                                          **U.S. District Judge**

