# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Juan Castillo De Los Santos_          CIVIL NO. _98-1717_ (DRD)

v.

Defendant(s) _United States of America_

| MOTION | ORDER |
|---|---|
| Docket entry no. _15_ | ☐ GRANTED. |
| Date: _April / 06 / 2001_. | ☒ DENIED. |
| Title: _Application to Proceed Without Prepayment of Fees and affidavit._ | ☐ MOOT. |
| | ☐ NOTED. |
| The Clerk of the Court is to return petitioner's application to proceed without prepayment of Fees and affidavit in light of the fact that the application lacks petitioner's original signature pursuant to Local Rule 301.1(D). You may resubmit your application | once you have signed it in compliance with Local Rule 301.1(D). Accordingly, petitioner's application to proceed without prepayment of Fees and affidavit is DENIED without prejudice. |

RECEIVED AND FILED
01 APR 24 AM 10: 46
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: _April / 23 / 2001_            _/s/ Daniel R. Dominguez_

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**