UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CASTILLO DE LOS SANT,
Plaintiff,

v.  Civ. No. 98-1717 (DRD)

UNITED STATES OF AMERICA,
Defendant.

## ORDER

Plaintiff's Motion requesting copy of evidence is DENIED/MOOT (Docket No. 23). See Ruling on Docket No. 24, Judgment of the United States Court of Appeals, denying certificate of appealability, terminating appeal, and denying motions requesting copies of evidence, and certain documents.

**IT IS ORDERED.**

Date: April _4_, 2003.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By: _____    # 25

P:\Marta's cases\98-1717.square ord mootjudg.usca.wpd

